861 A.2d 258

James BROWN, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

Supreme Court of Pennsylvania.

Oct. 14, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of October, 2004, probable jurisdiction is noted and the order appealed is affirmed.